**UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH**

|  |  |
|---|---|
| In re: | Chapter 11 |
| VECTOR ARMS, CORP. | Case No. 15-21039 |
| Debtor. | |

**LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS**

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 case.  The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

| *Name of and address of creditor* | *Name, telephone number, and address of employee, agent, or department of creditor familiar with claim* | *Nature of claim* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim* |
|---|---|---|---|---|
| Internal Revenue Service | Centralized Insolvency Operation P.O. Box 21126, Philadelphia, PA 19114-0326 | Payroll Taxes | | $30,829.58 |
| LSC Manufacturing | LSC Manufacturing, LLC. P.O. Box 521 Pacific Palisades, CA 90272 (310) 699-9150 | Trade/Goods | | 27,286.00 |
| RGMF Ltd. Partnership | 3702 S. Arboath Lane Salt Lake City, UT 84115 | Rent | Setoff | 25,122.00 |
| D&D Sales | 5661 S. Spencer Ave. Tucson, AZ 85757 | Trade/Parts | | 13,564.00 |
| A&M Tool & Cutter Grinding | P.O. Box 876 Midvale, UT 84047 | Mfg. Services | | 10,354.75 |
| Adroit Machine | 3520 W. Galaxy Park Pl. #E West Jordan, UT 84088 | Mfg. Services | | 10,000.00 |
| Green Mtn. Rifle Barrel Co. | P.O. Box 9100 Berlin, NH 03570-9100 | Parts | | 9,024.28 |
| DGI Supply-A Doall Company | 4830 Solution Center Chicago, IL 60677-4008 | Tools | | 5,956.42 |

4852-6045-8529.1

**LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS**

Vector Arms, Corp.
Case No. 15-21039

| Name of and address of creditor | Name, telephone number, and address of employee, agent, or department of creditor familiar with claim | Nature of claim | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim |
|---|---|---|---|---|
| Thorpe North & Western, LLP | 8180 South 700 East, Ste 350 Sandy, UT 84070 | Legal Services | | 4,667.94 |
| Davis County Assessor | P.O. Box 618 Farmington, UT 84025 | Personal Property Taxes | | 3,984.93 |
| Advanced Precision Mfg Inc | 1844 South 3850 West Salt Lake City, UT 84104 | Mfg. Services | | 3,984.38 |
| A&B Swiss Products, Inc. | 1279 S. 1775 W. Ogden, UT 84401 | Mfg. Services | | 3,617.40 |
| Questar Gas | P.O. Box 45841 Salt Lake City, UT 84139-0001 | Gas Utility | | 2,414.17 |
| Rocky Mountain Power | 1033 NE 6th Ave. Portland, OR 97256 | Electricity Utility | | 1,734.69 |
| J&M Innovative | 975 W 850 South Woods Cross, UT 84087 | Parts Mfg. | | 1,676.50 |
| DJB Gas Services Inc | P.O. Box 1811 Salt Lake City, UT 84110 | Welding Gas | | 1,195.50 |
| Hi-Pro Industrial Tool, Inc. | 10691 W Parnell Ave #5 Hales Corners, WI 53130 | Tools | | 878.34 |
| Progressive Insurance | 6300 Wilson Mills Rd. Mayfield Village, OH 44143 | Insurance | | 860.00 |
| Specialty Steel Service | 334 West 800 South Salt Lake City, UT 84101 | Steel | | 749.00 |
| Precision Laser Processing, Inc. | 8815 South Harrison Street Sandy, UT 84070 | Parts Mfg. | | 670.00 |

4852-6045-8529.1