**Vector Arms**
## Profit & Loss
January through December 2014

02/07/15

|  | Jan - Dec 14 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| **Sales** | |
| AK Parts | 90.00 |
| HK | 276,095.00 |
| HK Parts | 11,163.00 |
| Misc | 49,145.70 |
| Promo | 10.00 |
| Shipping | 14,957.51 |
| Shop Work | 17,910.00 |
| UZI | 261,001.10 |
| UZI Parts | 1,940.00 |
| Sales - Other | 11,244.98 |
| **Total Sales** | 643,557.29 |
| **Uncategorized Income** | 6,365.94 |
| **Total Income** | 649,923.23 |
| **Cost of Goods Sold** | |
| **Cost of Sales** | |
| *Cost of Goods Sold | 18,622.00 |
| Cost of Goods Sold | -45,441.89 |
| Cost of Goods Sold - Labor | 172,853.13 |
| Salaries and Wages | 55,890.02 |
| Shop Expense | 190,482.09 |
| **Total Cost of Sales** | 392,405.35 |
| **Total COGS** | 392,405.35 |
| **Gross Profit** | 257,517.88 |
| **Expense** | |
| Accounting | 14,819.99 |
| Auto Expense | 2,615.50 |
| Bank Fees | 1,028.24 |
| Bank Service Charge | 10,311.46 |
| Credit Card Fees | 3,078.44 |
| Dues and Subscriptions | 2,378.00 |
| Freight | 15,183.08 |
| Holliday Pay | 0.00 |
| Insurance | 7,143.55 |
| Interest | 436.48 |
| Legal and Professional | 8,479.01 |
| Licenses and Fees | 1,636.35 |
| Meals and Entertainment | 21,125.44 |
| Office Expense | 14,081.58 |

02/07/15

# Vector Arms
## Profit & Loss
### January through December 2014

|  | Jan - Dec 14 |
|---|---:|
| **Outside Consulting** | 34,692.03 |
| **Outside Services** | 19,444.54 |
| **Payroll Expenses** | 1,704.04 |
| **Printing** | 325.21 |
| **Rent** | 55,720.78 |
| **Security** | 252.00 |
| **Supplies** | 816.00 |
| **Taxes - Payroll** | 33,230.55 |
| **Taxes and Fees** | 12,539.03 |
| **Travel** | 11,112.23 |
| **Uncategorized Expenses** | 2,515.17 |
| **Utilities** | |
|   Garbage | 1,166.91 |
|   Gas Expense | 8,999.41 |
|   Phone Expense | 11,231.12 |
|   Power Expense | 12,258.74 |
|   Waste | 1,020.69 |
|   Utilities - Other | 100.54 |
| **Total Utilities** | 34,777.41 |
| **Vehicle/Auto Expense** | 38.51 |
| **Total Expense** | 309,484.62 |
| **Net Ordinary Income** | -51,966.74 |
| **Net Income** | **-51,966.74** |