## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF UTAH

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| VECTOR ARMS, CORP., | ) |
| | ) Case No. |
| Debtor. | ) |
| | ) |

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the debtor's equity security holder pursuant to Rule 1007 of the Federal Rules of Bankruptcy Procedure.

**Jason D. Maughn**                                                          **100% Owner**

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION

I, president and chief executive officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date: February 11, 2015                         Signature: _____

                                                Jason D. Maughn
                                                President and CEO
                                                Vector Arms, Corp.